GRAHAM, Appellant, v. GRAHAM-CHISHOLM CO., Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Michael Graham, an infant, etc., against the Graham-Chisholm

Company. W. E. Weaver, for appellant. J. V. Bouvier, Jr., for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.